UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| **In re Evanston Northwestern Healthcare Corporation Antitrust Litigation** ) ) ) ) **This Document Relates To:** ) ) **All Actions.** ) ) | Master File No. 07-CV-4446 Judge Lefkow Magistrate Judge Denlow |

**DEFENDANT NORTHSHORE UNIVERSITY HEALTHSYSTEM'S
STATUS REPORT**

    1.    **Discovery Responses** – To date, NorthShore University HealthSystem ("NorthShore") (formerly ENH) has produced to Plaintiffs 1,017,325 pages of documents and 22 CDs consisting of NorthShore patient data and Illinois Hospital Association COMPdata. Plaintiffs have produced a total of 144 pages of documents relating to named Plaintiff Berkowitz, 2 pages of documents for named Plaintiff Messner, and 298 pages of documents for named Plaintiff Lahmeyer. Plaintiffs have yet to provide interrogatory responses on behalf of named Plaintiff Messner. Plaintiff Painters District Council No. 30 Health & Welfare Fund ("Painters Fund") has produced 1,132 pages of documents to date. Painters Fund has designated Charles E. Anderson as its 30(b)(6) witness. Painters Fund has not yet produced documents from Mr. Anderson but represented that it is in the process of collecting all responsive documents within his custody or control prior to the deposition.

    2.    **NorthShore's September 22 Motion to Compel** – On Monday, September 22, NorthShore filed a motion to compel the production of documents and interrogatory answers from Painters Fund. [Dkt. No. 181]. NorthShore's motion seeks the production of information

related to the Painters Fund's participants, and factual information related to Painters Fund's allegations within its Complaint. Painters Fund filed its response on September 24 [Dkt. No. 192] and NorthShore filed a reply on October 27 [Dkt. No. 213]. This Court previously heard brief arguments from the parties during its September 25 hearing, but requested that the motion be held over until the October 29 hearing. [Dkt. No. 199].

3. **Third Party Document Production** – NorthShore has produced over 345,512 pages of documents from over thirty third parties as well as 67 CDs with data from third party payors. On October 21, NorthShore notified Plaintiffs that it was in compliance with this Court's August 7, 2008 Order. Pursuant to the August 7 Order, "Plaintiffs shall define their class members in Response to Defendant's Interrogatories Nos. 1-10" on or before November 25, 2008. [Dkt. No. 132]. On October 23, Plaintiffs responded that they did not agree with NorthShore's assertion.

4. **Third Party Objections** – Eight third parties have filed objections to the production of documents.[1] NorthShore filed its response to these third party motions on September 24. [Dkt. No. 190]. Plaintiffs also filed their responses to these third party motions on September 24. The third parties filed their replies on October 8, with Blue Cross Blue Shield of Illinois filing its reply on October 22. Oral argument is scheduled for October 29.

5. **Class Certification** – Plaintiffs Class Certification Brief was due to be filed on October 31, 2008. During the September 25 hearing, Plaintiffs informed this Court that they

---

[1] Five third party payors have filed objections with this Court: Blue Cross Blue Shield of Illinois ("BCBSI") [Dkt. No. 139]; Humana, Inc. ("Humana") [Dkt. No. 173]; Unicare Health Plans of the Midwest, Inc. ("Unicare") [Dkt. No. 174]; the Chandler Group [Dkt. No. 189]; and Private Healthcare Systems ("PHCS") [Dkt. No. 200]. Three third party hospitals have filed objections with this Court: St. Alexius Medical Center ("St. Alexius") [Dkt. No. 161]; Vista Health Systems ("Vista") [Dkt. No. 163]; and Swedish Covenant Hospital ("Swedish Covenant") [Dkt. No. 171].

need additional time. This Court stated that it would set a revised schedule for Class Certification briefing at the October 29 hearing. The parties are engaged in discussions to determine if they can agree upon a revised schedule. This litigation has been pending for over 14 months. If the parties cannot agree on a revised schedule, NorthShore requests that the Court grant Plaintiffs one final short extension and set class certification briefing at "an early practicable time" pursuant to Rule 23.

6. **Status Hearing** – The parties are scheduled to appear before Judge Lefkow on November 6 for a Status Hearing.

Dated: October 27, 2008                                   Respectfully submitted,

**WINSTON & STRAWN, LLP**

By: __/s/ Duane M. Kelley_____
    Duane M. Kelley
    Thomas A. Reynolds III
    Dane A. Drobny
    David E. Dahlquist
    Scott C. Walton
    35 West Wacker Drive
    Chicago, IL  60601
    Tel:   (312) 558-5600
    Fax:   (312) 558-5700
    dkelley@winston.com
    treynolds@winston.com
    ddrobny@winston.com
    ddahlquist@winston.com
    swalton@winston.com

## CERTIFICATE OF SERVICE

David E. Dahlquist, an attorney, certifies that he caused a copy of the foregoing document to be served by electronic means on all Electronic Filing Users of record, this 27th day of October 2008.

/s/ David E. Dahlquist