**SUMMARY/SHORT FORM NOTICE**

**NOTICE OF PENDENCY OF CLASS ACTION.**

Your rights may be affected by a pending class action lawsuit.
Visit  www.evanstonnorthwesternhealthcareantitrustcase.com  or call _____ to obtain additional information on the nature of this class action.

**Persons Included in the Class.**  All persons or entities in the United States and Puerto Rico who paid  for "inpatient hospital services" or "hospital based outpatient services" directly from Evanston Northwestern Healthcare ("ENH") (now known as NorthShore University HealthSystem ("NorthShore")),  after its merger with Highland Park Hospital, including services at Evanston Hospital, Highland Park Hospital, or Glenbrook Hospital, but excluding Rush North Shore Medical Center (now known as Skokie Hospital), from January 1, 2000 to the present then you may be affected by a pending lawsuit that has been certified to proceed as a class action. Generally, hospital services classified as "inpatient services" are those that require an overnight hospital stay, and "hospital-based outpatient services" are those that do not require an overnight hospital stay.

**Excluded from the Class.**  The following persons are excluded from participating in this class:
- persons who paid only a fixed amount of insurance through co-pays;
- persons without insurance who did not pay their bill;
- Medicaid and Traditional Medicare patients;
- governmental entities;
- parents, predecessors, subsidiaries and/or affiliates of ENH / NorthShore;
- persons who only received services at Skokie Hospital; and
- other providers of healthcare services.

**No Decision on Merits of Case.**  Nothing in this Notice, or the Court's order granting class certification expresses any opinion by the Court as to the merits of the claims or defenses asserted by either party in the litigation.  The Court has ordered issuance of this notice to provide the class with important information so you may make an informed decision regarding your legal rights in connection with this litigation.

**Your Options as a Class Member.**  If you are included in the class, you will need to decide whether (1) to stay in the class and be bound by the results of any court order, verdict, or judgment, or (2) ask to be excluded from the class.  To stay in the class, you do not need to do anything at this time.  If you do not want to participate in this lawsuit, you may opt out of the class by sending notice to [name/address] to be received by [Date].

**"Opting Out."**  You have the legal right to opt out of this class action.  If you choose to exercise your right to opt out of the class, you will not be bound by any court orders or jury verdicts but you keep your right to sue or otherwise resolve your claims with ENH / NorthShore on your own, but you cannot make a claim against any amounts that may be recovered by the Class from ENH /

NorthShore in a future settlement, if any, or as a result of any future judgment.  To opt out of the class, you must mail a letter or postcard that says you want to be excluded from the Class in *In re Evanston Northwestern Healthcare Antitrust Litigation* and include your name, address, telephone number and signature.  You must mail the Exclusion Request to [name/address] and it must be postmarked not later than by [Date].

**Staying in the Class.**  If you stay in the class and do not opt out, you will give up the right to file your own lawsuit or seek any other form of resolution of claims you may have against ENH/NorthShore, and you will be legally bound by all court orders, judgments, or settlements approved by the Court.  You will be entitled to make a claim against any funds recovered from ENH / NorthShoreas a result of the lawsuit, if any, and will be notified about how to make a claim to participate and request a share of any fund created for the class.

**Potential Arbitration Limitation.**  Defendant contends that some class members may be subject to arbitration clauses which Defendant contends are present in some of the contracts between it and managed care organizations, and that those class members would be required to arbitrate their claims if they wished to pursue them rather than as part of the class in this lawsuit.  Class Counsel do not agree that any class members would be required to arbitrate the claims asserted in the lawsuit, and they intend to oppose any motion to require those class members to arbitrate. .  The Court has not decided whether any class members are subject to arbitration provisions, and it will not make any decision about arbitration until after the time to opt out of the Class has expired.

**Class Representation.** The Court has appointed as Class Counsel: Marvin A. Miller of Miller Law LLC, 115 S. LaSalle Street, Suite 2910, Chicago, IL 60603 and Mary Jane Fait, 115 S. LaSalle Street, Suite 2910, Chicago, IL 60603. to represent all members of the Class.  You may hire your own lawyer to appear in Court for you, but if you do, you are responsible for paying that lawyer.

**Additional Information.**  If you have questions or want a detailed notice or other documents about this lawsuit and your rights, go to www.evanstonnorthwesternhealthcareantitrustcase.com or call _____.

**LONG FORM NOTICE**

**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

**NOTICE OF PENDENCY OF CLASS ACTION**

**A Class Action Lawsuit May Affect Your Rights.**
*A court authorized this notice. You are not being sued.*

You could be affected by a class action lawsuit involving the payment for healthcare services received at Evanston Northwestern Healthcare ("ENH") (now known as NorthShore University HealthSystem) ("NorthShore")) after its merger with Highland Park Hospital.

**Are You Affected?** If you paid for inpatient hospital services or hospital based outpatient services directly from Evanston Northwestern Healthcare ("ENH") (now known as NorthShore University HealthSystem ("NorthShore")), from January 1, 2000 to the present then you may be affected by a pending class action lawsuit that has been certified as a class action.for hospital services after its merger with Highland Park Hospital, including services at Evanston Hospital, Highland Park Hospital, or Glenbrook Hospital, but excluding Rush North Shore Medical Center (now known as Skokie Hospital)

Excluded from the Class::
  persons who paid only a fixed amount of insurance through co-pays;
- persons without insurance who did not pay their bill;
- Medicaid and Traditional Medicare patients;
- governmental entities;
- parents, predecessors,subsidiaries and/or affiliates of ENH / NorthShore;
- persons who only received services at Skokie Hospital; and
- other providers of healthcare services.

  Generally, hospital services classified as "inpatient services" are those that require an overnight hospital stay, and "hospital-based outpatient services" are those that do not require an overnight hospital stay.

**What is the Nature of this Lawsuit?** The lawsuit is called *In re Evanston Northwestern Healthcare Corp. Antitrust Litigation*, No. 07-cv-04446 and is pending in the United States District Court for the Northern District of Illinois in Chicago. On December 10, 2013, the Court decided that this lawsuit could proceed as a class action on behalf of a group of people and entities (the "Class") that may include you.

**No Decision on Merits of Case.** Nothing in this Notice, or the Court's order granting class certification expresses any opinion by the Court as to the merits of the claims or defenses asserted by either party in the litigation. Instead, the Court has ordered issuance of this notice to provide the class with important information so you may make an informed decision regarding your legal rights in connection with this litigation.

**What is this Case About?** This lawsuit was brought as a class action on behalf of all persons and entities who paid for inpatient and hospital based outpatient healthcare services directly from ENH/NorthShore after the merger with Highland Park Hospital from January 1, 2000 to the present, alleging that ENH / NorthShore caused purchasers to be overcharged for healthcare services. Generally, hospital services classified as "inpatient services" are those that require an overnight hospital stay, and "hospital-based outpatient services" are those that do not require an overnight hospital stay. ENH / NorthShore denies that it did anything wrong and argues, among other things, that the claims in the lawsuit have no merit. **The Court has not yet decided whether the Class Plaintiffs or ENH / NorthShore is correct.** If this case goes to trial, the lawyers for the Class will have to prove their claims.

**Background of Litigation.** Plaintiffs' consolidated class action complaint alleges that ENH / NorthShore raised its rates after ENH acquired Highland Park Hospital on January 1, 2000, and that it did so in a way that is illegal under the antitrust laws. ENH / NorthShore denies these claims. The parties have vigorously litigated the suit for seven years, including many motions and an interlocutory appeal. Further information may be obtained by examining the court files at the Clerk's Offices of the United States District Court for the Northern District of Illinois and the United States Court of Appeals for the Seventh Circuit, or by contacting Class Counsel.

**Who is a Member of the Class?** The Class has been defined as:

All persons or entities in the United States of America and Puerto Rico, except those who solely paid fixed amount co-pays, uninsureds who did not pay their bill, Medicaid and Traditional Medicare patients, governmental entities, defendant, other providers of healthcare services, and the present and former parents, predecessors, subsidiaries and affiliates of defendant and other providers of healthcare services who purchased or paid for inpatient hospital services or hospital-based outpatient services directly from NorthShore University HealthSystem (formerly known as Evanston Northwestern Healthcare), its wholly-owned hospitals, predecessors, subsidiaries, or affiliates other than those acquired as a result of the merger with Rush North Shore Medical Center (the "Class") from at least as early as January 1, 2000 to the present.

**Persons Excluded from the Class.** The following persons are excluded from participating in this class:
- persons who paid only a fixed amount of insurance through co-pays;
- persons without insurance who did not pay their bill;
- Medicaid and Traditional Medicare patients;
- governmental entities;
- employees and/or affiliates of ENH / NorthShore;
- persons who only received services at Skokie Hospital; and
- other providers of healthcare services

**Your Legal Rights and Options in this Lawsuit.** The Court has ordered that you be sent notice now because you have to decide whether to stay in the Class, or whether to remove yourself from the Class, and you have to decide this by _____.

4

This notice summarizes your rights and options at this time.  More information is available at the website below.  If you are included in the Class, you will need to decide whether to: (1) stay in the class or (2) ask to be excluded from the class.

To stay in the class, you do not need to do anything at this time.  If you do not want to participate in this lawsuit, you may opt out of the class, and request to exclude yourself.

**Potential Arbitration Limitation.**  Defendant contends that some class members may be subject to arbitration clauses which Defendant contends are present in some of the contracts between it and managed care organizations, and that those class members would be required to arbitrate their claims if they wished to pursue them rather than as part of the class in this lawsuit.  Class Counsel do not agree that any class members would be required to arbitrate the claims asserted in the lawsuit, and they intend to oppose any motion to require those class members to arbitrate.   The Court has not decided whether any class members are subject to arbitration provisions, and it will not make any decision about arbitration until after the time to opt out of the Class has expired.

**Opting Out.**  You have the legal right to opt out of this class action.  If you choose to exercise your right to opt out of the class, you will not be bound by any court orders, jury verdicts or settlements approved by the Court, but you keep your right to sue or otherwise resolve your claims with ENH / NorthShore on your own, but you cannot make a claim against any amounts that may be recovered by the class from ENH / NorthShore in a settlement or as a result of a judgment, if any.  To opt out of the class, you must mail a letter or postcard that says you want to be excluded from the Class in *In re Evanston Northwestern Healthcare Corp. Antitrust Litigation*, and include your name, address, telephone number and signature.  You must mail Exclusion Request [name/address] and postmarked not later than by [Date].

**Staying in the Class.** To stay in the Class, you do not need to do anything at this time; however, your ability to remain in the class may be limited by the contract, if any, between you, your insurer, and ENH/NorthShore (*see* Potential Arbitration Limitation above).  If you stay in the Class and do not opt out, you will give up the right to file your own lawsuit or seek any other form of resolution of claims you may have against ENH/NorthShore, and you will be legally bound by all court orders, judgments, or settlements approved by the Court, but if money or benefits are obtained as a result of a settlement or judgment in the lawsuit, you may be entitled to damages.  You will not be able to sue, or continue to sue Defendant as part of any other lawsuit for any overcharges relating to  inpatient and  hospital-based outpatient healthcare services during the specified time frames.  If money or benefits are obtained, you will be notified about how to make a claim to participate and request a share of any funds or benefits created for the Class.  As detailed above, your rights may be subject to contractual arbitration provisions.

**Who Represents You?**  The Court appointed  Marvin A. Miller of Miller Law LLC, 115 S. LaSalle Street, Suite 2910, Chicago, IL  60603  and Mary Jane Fait115 S. LaSalle Street, Suite 2910, Chicago, IL  60603 as "Class Counsel" to represent you  You don't have to pay Class Counsel or anyone else to participate.  Instead, if Class Counsel recovers money or benefits for

the Class, they will ask the Court for an award of attorneys' fees and costs, which may either be deducted from any money recovered for the Class or paid by ENH / NorthShore. You may hire your own lawyer to appear in Court for you, but if you do, you are responsible for paying that lawyer.

**How Can I Get More Information?** If you have questions or want a detailed notice or other documents about this lawsuit and your rights, go to www.evanstonnorthwesternhealthcareantitrustcase.com or call [insert].

6