# Exhibit B

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

In re: Evanston Northwestern Healthcare
Corporation Antitrust Litigation, et al.

                          Plaintiff,

v.                                            Case No.: 1:07−cv−04446

                                                         Honorable Edmond E. Chang

Northshore University HealthSystem, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 9, 2014:

      MINUTE entry before the Honorable Edmond E. Chang: The Court will be issuing an order on the class−notice plan by tomorrow, 10/10/2014. The opt−out period will be addressed in that order. Plaintiffs' motion to set discovery schedule [622] is otherwise granted, as reflected in the joint Rule 26(f) statement. Fact discovery shall close on 04/15/2015. Plaintiffs' expert report is due by 06/01/2015, with supporting materials due by 06/08/2015. Plaintiffs' expert's deposition shall be taken by 06/29/2015. Defense expert report is due by 08/03/2015, with supporting materials due by 08/10/2015. Defense expert's deposition shall be taken by 08/28/2015. Plaintiffs' rebuttal expert report, if any, is due by 09/28/2015, with supporting materials due by 10/05/2015. (The references to "expert" for each side is in the singular, but the same deadlines apply even if multiple experts are disclosed.) NorthShore's motion to compel arbitration is due by 03/02/2015. Plaintiffs' response is due by 03/30/2015. NorthShore's reply is due by 03/02/2015. Summary judgment and Daubert motions are due by 10/26/2015. Responses are due by 11/23/2015. Replies are due by 12/11/2015. Of course, as expert discovery comes to a close, at a status hearing, the Court will discuss with the parties how to ensure sensible briefing if there are cross−motions for summary judgment. Pretrial order and motions in limine are due by 12/18/2015. Responses are due by 01/08/2016. Replies are due by 01/15/2016. The final pretrial conference will be set a status hearing toward the end of fact discovery, as will the trial date. The status hearing of 10/09/2014 is reset to 10/21/2014 at 9:30 a.m. No appearance on 10/09/2014 is required.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.