UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re Evanston Northwestern Healthcare Corporation Antitrust Litigation ) ) ) | Master File No. 07-CV-4446 |
| This Document Relates To: ) ) ) | Judge Chang |
| All Actions. ) ) | |

**EXHIBIT INDEX TO THE DECLARATION OF DAVID DAHLQUIST IN SUPPORT OF NORTHSHORE UNIVERSITY HEALTHSYSTEM'S MOTION FOR SUMMARY JUDGMENT, *DAUBERT* MOTION, AND MOTION TO DECERTIFY THE CLASS**

| Exhibit | Date | Title | Bates Range |
|---|---|---|---|
| 1 | 2000 | ENH 2000 Annual Report - Filed Under Seal | ENHCA-007-023523-23578 |
| 2 | 2011 | NorthShore University HealthSystem 2011 Annual Report | ENHCA-040-00518 - 553 |
| 3 | 4/3/2009 | Deposition Transcript of Amit Berkowitz - Filed Under Seal | |
| 4 | 3/31/2009 | Deposition Transcript of Steven Messner - Filed Under Seal | |
| 5 | 4/1/2009 | Deposition Transcript of Wanda O. Ehrhardt - Filed Under Seal | |
| 6 | 1/28/2015 | Deposition Transcript of Charles E. Anderson - Filed Under Seal | |
| 7 | 9/1/2006 | Network Administration Agreement - Filed Under Seal | PF 000332 - 354 |
| 8 | 1/20/2015 | Deposition Transcript of Aaron Anderson - Filed Under Seal | |
| 9 | 7/28/2016 | Expert Report of Russell L. Lamb, Ph.D. - Filed Under Seal | |
| 10 | 2/22/2017 | Deposition Transcript of Russell L. Lamb - Filed Under Seal | |
| 11 | 9/20/2016 | Deposition Transcript of Russell L. Lamb - Filed Under Seal | |
| 12 | 7/28/2016 | Expert Report of William B. Vogt, Ph.D. - Filed Under Seal | |

1

| Exhibit | Date | Title | Bates Range |
|---|---|---|---|
| 13 | 9/14/2016 | Deposition Transcript of William B. Vogt, Ph.D. - Filed Under Seal | |
| 14 | 2/16/2017 | Deposition Transcript of William B. Vogt, Ph.D. - Filed Under Seal | |
| 15 | 12/8/2009 | Reply Report of Dr. David Dranove Supporting Motion for Class Certification - Filed Under Seal | |
| 16 | 10/26/2016 | Expert Report of Margaret Guerin-Calvert with Appendices - Filed Under Seal | |
| 17 | 5/8/2009 | Deposition Transcript of David Dranove, Ph.D. - Filed Under Seal | |
| 18 | 4/9/2009 | Deposition Transcript of Henry W. Lahmeyer - Filed Under Seal | |
| 19 | 4/15/2009 | Deposition Transcript of Henry W. Lahmeyer - Filed Under Seal | |
| 20 | | Distance Analysis – ENH to Select Facilities | |
| 21 | 7/3/2002 | Strategic Repositioning Assessment and Identification of Opportunities - Filed Under Seal | ENHCA-004-027121 - 27227 |
| 22 | 3/22/2002 | Evanston Northwestern Healthcare Strategic Pricing Review, Steering Committee Update - Filed Under Seal | ENHCA-004-004077 - 4083 |
| 23 | | Lake Forest Hospital, Competitive Assessment - Filed Under Seal | ENHCA-040-003091 - 3104 |
| 24 | 10/2006 | Northwest Community Hospital, A Competitive Assessment for ENH - Filed Under Seal | ENHCA-040-003224 - 3238 |
| 25 | 10/2006 | Condell Health Network, A Competitive Assessment for ENH - Filed Under Seal | ENHCA-040-003201 - 3223 |
| 26 | 10/15/2002 | Area Healthsystems & Hospitals, 2002 Market Share by Competitor - Filed Under Seal | ENHCA-004-017371 - 17376 |
| 27 | 10/1/2002 | Evanston Northwestern Healthcare (ENH) Competitive Environment, Oct. 1 2002 to Present - Filed Under Seal | ENHCA-004-017695 - 17696 |
| 28 | 8/2010 | Competitive Assessment Hospital Level - Filed Under Seal | ENHCA-040-003658 - 3676 |
| 29 | 9/30/1999 | Evanston Healthcare Corporation Business Intelligence Memo - Filed Under Seal | ENHCA-004-014003 - 4065 |
| 30 | 2/1/1999 | Evanston Northwestern Healthcare Competitive Analysis Discussion Document - Filed Under Seal | ENHCA-004-002286 - 2297 |

| **Exhibit** | **Date** | **Title** | **Bates Range** |
|---|---|---|---|
| 31 | 12/14/1999 | Memo to PHCS Clients re: Hospital Merger - Filed Under Seal | ENHCA-004-014669 - 4671 |
| 32 |  | Summary, Chicago Market - Filed Under Seal | ENHCA-004-026130 - 6136 |
| 33 |  | ENH Negotiation Summary - Filed Under Seal | ENHCA-004-026728 - 6772 |
| 34 | 10/26/2016 | Evanston Northwestern Healthcare, 2008 Annual BCBS-IL Hospital Profile |  |
| 35 | 12/1/2000 | LocalPlus Amendment (Cigna) - Filed Under Seal | ENHCA-012-016690 - 6693 |
| 36 | 7/15/2002 | Competitive Assessment Northwestern Memorial Hospital - Filed Under Seal | ENHCA-004-017274 - 17317 |
| 37 | 6/8/2002 | Demand for More Capacity - Filed Under Seal | ENHCA-004-017151 - 7167 |
| 38 | 1/15/1998 | Minutes of Meeting of Strategic Planning Committee, Lake Forest Hospital - Filed Under Seal | ENHCA-004-011674 - 1680 |
| 39 | 7/2002 | Lake Forest Hospital Executive Committee and the City of Lake Forest City Council and Board Leadership - Filed Under Seal | ENHCA-004-017182 - 7235 |
| 40 | 12/1/1998 | Lake Forest Hospital Foundation Strategic Plan Implementation (1999 Budget) - Filed Under Seal | ENHCA-004-012109 - 12181 |
| 41 | 12/7/1999 | Lake Forest Hospital Foundation, Strategic Plan Implementation (2000 Budget) - Filed Under Seal | ENHCA-004-014542 - 12181 |
| 42 | 2003 | Lake Forest Hospital Foundation, Strategic Plan Implementation, 2003 Budget - Filed Under Seal | ENHCA-004-016884 - 16939 |
| 43 | 2001-2004 | Condell Health Network Strategic Plan, 2001-2004 - Filed Under Seal | ENHCA-004-026318 - 6382 |
| 44 | 9/26/2002 | Memorandum from Peter Lopatin to Pat Keegan - Filed Under Seal | ENHCA-004-017332 - 7336 |
| 45 | 8/28/2002 | Minutes of Meeting Board of Directors Condell Medical Center - Filed Under Seal | ENHCA-004-017318 - 7319 |
| 46 | 11/27/2002 | Minutes of Meeting Board of Directors Condell Medical Center - Filed Under Seal | ENHCA-004-017453 - 7455 |
| 47 | 10/9/2000 | Memorandum from Dave to Van & Debbie - Filed Under Seal | ENHCA-004-019659 - 9671 |
| 48 |  | Resurrection-St. Francis of Evanston, Preliminary Repositioning Study - Filed Under Seal | ENHCA-004-010764 - 10893 |
| 49 | 5/20/1999 | Resurrection Health Care Strategic Plan, The New Millennium 2000-2003 - Filed Under Seal | ENHCA-004-012902 - 12998 |
| 50 |  | Various Hospital Bullet Points - Filed Under Seal | ENHCA-119-000653 - 655 |

| Exhibit | Date | Title | Bates Range |
|---|---|---|---|
| 51 | 8/24/2000 | Advocate Health Care Impact Analysis of Resurrection Health Care's Potential Acquisition of Holy Family Medical Center - Filed Under Seal | ENHCA-119-000727 - 766 |
| 52 | 2002 | Rush North Shore Medical Center, 2002 Environmental Assessment - Filed Under Seal | ENHCA-004-026631 - 26727 |
| 53 | 11/18/2003 | Marketing Communications Recommendations for: Marketing Committee of the Board - Filed Under Seal | ENHCA-004-028021 - 8068 |
| 54 | 7/9/2002 | Strategic Repositioning Plan Follow Up and Next Steps - Filed Under Seal | ENHCA-004-017236 - 7268 |
| 55 | 10/11/2002 | Swedish Covenant Hospital Marketing & Strategic Planning Committee - Filed Under Seal | ENHCA-004-027283 - 7376 |
| 56 | 4/24/2008 | Final Order on Remedy (FTC, Docket No. 9315) | |
| 57 | 8/6/2007 | Opinion of the Commission on Remedy (FTC, Docket No. 9315) | |
| 58 | 3/4/2010 | Supplemental Expert Report of Dr. Monica G. Noether - Filed Under Seal | |
| 59 | 7/30/2008 | Letters from Benjamin Fisk to Health Care Service Corporation (BCBS of IL) - Filed Under Seal | ENHCA-015-027393 - 7395 |
| 60 | 7/30/2008 | Letters from Benjamin Fisk to Aetna - Filed Under Seal | ENHCA-015-027366 - 7368 |
| 61 | 7/30/2008 | Letters from Benjamin Fisk to Cigna - Filed Under Seal | ENHCA-015-027374 - 7376 |
| 62 | 7/30/2008 | Letters from Benjamin Fisk to United Healthcare of Illinois, Inc. - Filed Under Seal | ENHCA-015-027448 - 7450 |
| 63 | 7/30/2008 | Letters from Benjamin Fisk to United Behavioral Health - Filed Under Seal | ENHCA-015-027445 - 7447 |
| 64 | 7/30/2008 | Letter from Benjamin Fisk to MultiPlan, Inc. - Filed Under Seal | ENHCA-015-027413 |
| 65 | 7/30/2008 | Letter from Benjamin Fisk to Coventry Health Care - Filed Under Seal | ENHCA-015-027749 |
| 66 | 7/30/2008 | Letter from Benjamin Fisk to Beech Street - Filed Under Seal | ENHCA-015-027369 - 7371 |
| 67 | 7/30/2008 | Letters from Benjamin Fisk to Great-West Healthcare of Illinois, Inc. - Filed Under Seal | ENHCA-015-027390 - 7392 |
| 68 | 4/9/2015 | Deposition Transcript of Benjamin Fisk - Filed Under Seal | |
| 69 | 8/4/2008 | Letter from BlueCross BlueShield of Illinois to Benjamin Fisk - Filed Under Seal | ENHCA-015-027558 |
| 70 | 7/17/2008 | Letter from Aetna to Benjamin Fisk - Filed Under Seal | ENHCA-015-027561 |
| 71 | 9/10/2008 | Letter from United Healthcare to Benjamin Fisk - Filed Under Seal | ENHCA-015-027548 |
| 72 | 11/26/2008 | Letter from Humana to Ben Fisk - Filed Under Seal | ENHCA-015-027535 |

4

| **Exhibit** | **Date** | **Title** | **Bates Range** |
|---|---|---|---|
| 73 | 2/27/2009 | E-mail from MultiPlan, Inc. to Benjamin Fisk - Filed Under Seal | ENHCA-015-027522 |
| 74 | 7/8/2008 | Letter from Coventry Health Care, Inc. to Benjamin Fisk - Filed Under Seal | ENHCA-015-027563 |
| 75 | 8/18/2008 | Letter from Beech Street to Benjamin Fisk - Filed Under Seal | ENHCA-015-027543 - 7544 |
| 76 | 10/31/2008 | Email from Beech Street to Benjamin Fisk - Filed Under Seal | ENHCA-015-027537 |
| 77 | 9/26/2008 | Letter from Interplan Health Group to Benjamin Fisk - Filed Under Seal | ENHCA-015-027540 - 7542 |
| 78 | 8/5/2008 | Letter from Galaxy Health Network to Benjamin Fisk - Filed Under Seal | ENHCA-015-027557 |
| 79 | 8/8/2008 | Letter from National Preferred Provider Network to Benjamin Fisk - Filed Under Seal | ENHCA-015-027554 |
| 80 | 11/4/2008 | Email from Plan Care America to Benjamin Fisk - Filed Under Seal | ENHCA-015-027536 |
| 81 | 8/6/2008 | Letter from Preferred Network Access to Benjamin Fisk - Filed Under Seal | ENHCA-015-027556 |
| 82 | 7/18/2008 | Letter from HFN to Benjamin Fisk - Filed Under Seal | ENHCA-015-027560 |
| 83 | 7/30/2008 | Letters from Benjamin Fisk to Healthstar - Filed Under Seal | ENHCA-015-027396 - 7398 |
| 84 | 7/30/2008 | Letters from Benjamin Fisk to Magellan Health Services - Filed Under Seal | ENHCA-015-027404 - 7406 |
| 85 | 7/30/2008 | Letters from Benjamin Fisk to Third Coast Insurance - Filed Under Seal | ENHCA-015-027456 - 7458 |
| 86 | 3/24/2015 | Deposition Transcript of Brian Washa - Filed Under Seal | |
| 87 | 10/26/2016 | Expert Report of Robert D. Willig with appendices and exhibits - Filed Under Seal | |
| 88 | 8/2015 | Christopher Garmon, The Accuracy of Hospital Merger Screening Methods 17, Fed. Trade Comm'n Bureau of Econ. Working Paper No. 326 | |
| 89 | 1/12/2017 | Deposition Transcript of Robert D. Willig - Filed Under Seal | |
| 90 | 1/1/2000 | Amendment to Hospital Service Agreement between Health Care Service Corporation d/b/a HMO Illinois and Evanston Hospital - Filed Under Seal | ENHCA-012-003998 - 4004 |
| 91 | 8/13/2016 | Matthew S. Lewis & Kevin E. Pflum, Hospital Systems and Bargaining Power: Evidence from Out-of-Market Acquisitions, 9 n. 7 (2016) | |
| 92 | 1/25/2017 | Expert Reply Report of William B. Vogt, Ph.D. - Filed Under Seal | |

| Exhibit | Date | Title | Bates Range |
|---|---|---|---|
| 93 | 1/25/2017 | Expert Reply Report of Russell L. Lamb, Ph.D. - Filed Under Seal | |
| 94 | 1/25/2017 | Expert Reply Report of Patrick S. Romano, MD, MPH - Filed Under Seal | |
| 95 | 11/2010 | Romano and Balan, "A Retrospective Analysis of the Clinical Quality Effects of the Acquisition of Highland Park Hospital by Evanston Northwestern Healthcare" | |
| 96 | | Expert Report of Patrick S. Romano, MD MPH with exhibits and attachments (FTC Docket No. 9315) - Filed Under Seal | |
| 97 | 2/2011 | Mutter RL, Romano PS, Wong HS (2011) The Effects of US Hospital Consolidations on Hospital Quality, Internal Journal of the Economics of Business, 18:1, 109-126 | |
| 98 | 2004 | Rebuttal Report of Patrick S. Romano (FTC Docket No. 9315) - Filed Under Seal | |
| 99 | 3/8/2017 | Deposition Transcript of Patrick Romano - Filed Under Seal | |
| 100 | 2/13/2009 | Expert Report of Dr. David Dranove Supporting Motion for Class Certification - Filed Under Seal | |
| 101 | 2/23/2010 | Transcript of Proceedings (Class Certification) | |
| 102 | | Chicagoland Hospitals Map - Filed Under Seal | |
| 103 | 10/26/2016 | Table 9 from Expert Report of Margaret Guerin-Calvert - Filed Under Seal | |