UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

In re: Evanston Northwestern Healthcare
Corporation Antitrust Litigation, et al.

                                               Plaintiff,

v.                                                Case No.:
                                                    1:07−cv−04446

                                                    Honorable Edmond E.
                                                    Chang

Northshore University HealthSystem, et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 25, 2021:

      MINUTE entry before the Honorable Edmond E. Chang: The motion [1101] of Hallie Ritzu to withdraw as counsel for Bain is granted. The Clerk's Office shall terminate her appearance from the record. The pending motions and supplemental briefs remain under advisement. Status hearing of 02/26/2021 is reset to 04/23/2021 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.