UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In re Evanston Northwestern Healthcare Corporation Antitrust Litigation** | **Master File No. 07-CV-4446** |
| **This Document Relates To:** | **Judge Chang** |
|     **All Actions** | |

**NORTHSHORE UNIVERSITY HEALTHSYSTEM'S
MOTION FOR WITHDRAWAL OF COUNSEL**

Defendant NorthShore University HealthSystem ("NorthShore"), by and through its counsel, respectfully move this Court for leave to withdraw the appearance of David E. Dahlquist as counsel of record, pursuant to Local Rule 83.17. In support of this Motion, NorthShore states as follows:

1. Multiple attorneys from Winston & Strawn LLP have filed appearances on behalf of NorthShore in the above-captioned case.

2. Attorney David E. Dahlquist from Winston & Strawn LLP has appeared on behalf of NorthShore. However, Mr. Dahlquist is departing from Winston & Strawn LLP effective today, July 29, 2022, on acceptance of a senior position with the United States Department of Justice, Antitrust Division. Mr. Dahlquist will no longer participate in this case. He does not need notice of filings in this matter and should be removed from all service lists, including the CM/ECF system.

3. The remaining attorneys of record for NorthShore at Winston & Strawn LLP will continue to represent NorthShore. Accordingly, no party will suffer prejudice if the request to withdraw Mr. Dahlquist's appearance is granted. There will be no lapse in representation.

WHEREFORE, for the foregoing reasons, NorthShore asks that this Court (1) grant leave for Mr. Dahlquist to withdraw and (2) remove him from all service lists and as counsel for NorthShore.

Dated: July 29, 2022                       Respectfully submitted,

**WINSTON & STRAWN LLP**

By: /s/ David E. Dahlquist
David E. Dahlquist
Conor A. Reidy
Kevin P. Simpson
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
ddahlquist@winston.com
creidy@winston.com
kpsimpson@winston.com

*Counsel for Defendant NorthShore University HealthSystem*

## CERTIFICATE OF SERVICE

      I, David E. Dahlquist, an attorney, certify that I caused a copy of the foregoing document to be served by electronic means on all Electronic Filing Users of record, this 29th day of July, 2022, and that all parties required to be served have been served via CM/ECF.

                                                                /s/ David E. Dahlquist