UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In re Evanston Northwestern Healthcare Corporation Antitrust Litigation** | No. 07-CV-4446<br><br>Judge Edmond E. Chang |

**JOINT STATUS REPORT**

The parties jointly submit the following status report pursuant to the Court's March 15, 2023 Order:

**I.     Appeal**

On March 30, 2023, the Seventh Circuit issued an Order denying NorthShore's Rule 23(f) petition for leave to appeal.

**II.     Settlement Negotiations**

Since the last status report, the parties have continued to discuss mediation options, including mediators acceptable to both parties.

Dated: April 4, 2023    Respectfully submitted,

/s/ *Marvin A. Miller*
Marvin A. Miller
Matthew E. Van Tine
Andrew Szot
Kathleen E. Boychuck
Lori Ann Fanning
**MILLER LAW LLC**
145 S. Wells St., Suite 1800
Chicago, Illinois 60606
Tel.: (312) 332-3400
mmiller@millerlawllc.com
mvantine@millerlawllc.com
aszot@millerlawllc.com
kboychuck@millerlawllc.com
lfanning@millerlawllc.com

*Counsel for Plaintiff Class*

/s/ *Conor A. Reidy*
Conor A. Reidy
Dan K. Webb
James F. Herbison
Michael P. Mayer
**WINSTON & STRAWN LLP**
35 W. Wacker Dr.
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
creidy@winston.com
dwebb@winston.com
jherbiso@winston.com
mmayer@winston.com

*Counsel for Defendant NorthShore University HealthSystem*

2

## CERTIFICATE OF SERVICE

I hereby certify that I cause a copy of the foregoing Joint Status Report to be served by electronic means on all Electronic Court Filing users of record on this 4th day of April, 2023, and that all parties required to be served have been served.

/s/ *Matthew E. Van Tine*
Matthew E. Van Tine