UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In re Evanston Northwestern Healthcare Corporation Antitrust Litigation** | No. 07-CV-4446 <br><br> Judge Edmond E. Chang |

# JOINT STATUS REPORT

The parties jointly submit the following status report pursuant to the Court's April 5, 2023 Order:

Since the last status report, the parties have agreed on a mediator. However, due to the mediator's availability, the parties do not anticipate being able to conduct a mediation until July.

Dated: April 26, 2023　　　　　　　　Respectfully submitted,

| | |
|---|---|
| */s/ Marvin A. Miller* | */s/ Conor A. Reidy* |
| Marvin A. Miller | Conor A. Reidy |
| Matthew E. Van Tine | Dan K. Webb |
| Andrew Szot | James F. Herbison |
| Kathleen E. Boychuck | Michael P. Mayer |
| Lori Ann Fanning | **WINSTON & STRAWN LLP** |
| **MILLER LAW LLC** | 35 W. Wacker Dr. |
| 145 S. Wells St., Suite 1800 | Chicago, Illinois 60601 |
| Chicago, Illinois 60606 | Tel: (312) 558-5600 |
| Tel.: (312) 332-3400 | Fax: (312) 558-5700 |
| mmiller@millerlawllc.com | creidy@winston.com |
| mvantine@millerlawllc.com | dwebb@winston.com |
| aszot@millerlawllc.com | jherbiso@winston.com |
| kboychuck@millerlawllc.com | mmayer@winston.com |
| lfanning@millerlawllc.com | |
| | *Counsel for Defendant NorthShore University HealthSystem* |
| *Counsel for Plaintiff Class* | |

## CERTIFICATE OF SERVICE

      I hereby certify that I cause a copy of the foregoing Joint Status Report to be served by electronic means on all Electronic Court Filing users of record on this 26th day of April, 2023, and that all parties required to be served have been served.

                                                                */s/ Marvin A. Miller*
                                                                Marvin A. Miller