UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: NORTHSHORE UNIVERSITY HEALTHSYSTEM ANTITRUST LITIGATION | No. 07-cv-04446<br>Hon. Edmond E. Chang |

**Joint Pretrial Stipulations**

1. The parties stipulate and agree that they shall not seek to offer evidence, argument, or commentary before the jury regarding former named plaintiffs or class representatives, including Jeffrey Porter, Gerald Lekas, Noreen Lekas, Steven Messner, Amit Berkowitz, Henry Lahmeyer, Melissa Diamond, and Painters District Council No. 30 Health &Welfare Fund.

2. The parties stipulate and agree that they shall not seek to offer evidence, argument, or commentary before the jury regarding the potential award of treble damages, attorney's fees, or costs pursuant to 15 U.S.C. §§ 15 or 26.

3. The parties stipulate and agree that they shall not seek to offer evidence, argument, or commentary before the jury regarding other lawsuits involving the parties or their attorneys.

Dated: October 16, 2023

By: /s/ *Matthew E. Van Tine*
Marvin A. Miller
Matthew E. Van Tine
Kathleen E. Boychuck
Lori A. Fanning
Andrew Szot
**MILLER LAW LLC**
145 S. Wells Street, Suite 1800
Chicago, IL 60606
Tel: (312) 332-3400
mmiller@millerlawllc.com
mvantine@millerlawllc.com
kboychuck@millerlawllc.com
lfanning@millerlawllc.com
aszot@millerlawllc.com

*Plaintiff Class Counsel*

By: /s/ *Conor A. Reidy*
Dan K. Webb
James F. Herbison
Michael P. Mayer
Conor A. Reidy
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601
Tel.: (312) 558-5600
dwebb@winston.com
jherbiso@winston.com
mmayer@winston.com
creidy@winston.com

*Counsel for Defendant NorthShore University HealthSystem*