UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NORTHSHORE UNIVERSITY HEALTHSYSTEM ANTITRUST LITIGATION | ) ) ) ) | No. 07 C 4446<br><br>Judge Edmond E. Chang |

### JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE PRE-TRIAL CONFERENCE AND TRIAL DATE

The parties jointly submit this Joint Notice Of Settlement And Request To Vacate Pre-Trial Conference And Trial Date and state:

1. The parties have achieved a settlement of this class action and are in the process of completing the exhibits to the Settlement Agreement.

2. This matter is scheduled for a Pre-trial conference on December 20-21, 2023.

3. The case is scheduled for trial on January 9, 2024.

4. Plaintiff and the Class will file, to be noticed in the ordinary course, by January 17, 2024, a motion for preliminary approval of the settlement, approval of a notice plan and approval of notices to be disseminated to the Class and to set the hearing on the motion for January 24, 2024 at 9:30 a.m.

5. Under the circumstances, to conserve judicial and attorney resources, the parties reasonably believe that it would be prudent to vacate the Pre-trial conference and trial dates.

Dated: December 13, 2023          Respectfully submitted,

s/*Marvin A. Miller*

Marvin A. Miller
Miller Law LLC
53 W. Jackson Blvd.
Box 225
Chicago, IL 60604

*Lead Class Counsel*

s/*Dan K. Webb*

Dan K. Webb
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601

*Counsel for NorthShore*