**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NORTHSHORE UNIVERSITY HEALTHSYSTEM ANTITRUST LITIGATION | No. 07-cv-04446<br>Hon. Edmond E. Chang |

**PLAINTIFF AND THE CLASS'S MOTION FOR FINAL APPROVAL OF SETTLEMENT AND ENTRY OF FINAL ORDER AND JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiff and the Class respectfully request the Court to grant final approval of the proposed $55,000,000 class action settlement originally submitted to the Court on January 17, 2024 (ECF No. 1237-1). The Court granted preliminary approval of the settlement on January 24, 2024 (ECF 1240).

The Plaintiff and the Class also move for entry of the proposed Final Order And Judgment, attached as Exhibit B to their Memorandum Of Law In Support Of Plaintiff And The Class's Motion For Final Approval Of Settlement And Entry Of Final Order And Judgment.

In support of this motion, Plaintiff and the Class submit the accompanying memorandum of law, the Declaration Of Marvin A. Miller In Further Support Of Plaintiff And The Class's Motions For Final Approval Of Settlement, Award Of Attorneys' Fees, Reimbursement Of Expenses, And Incentive Award For The Class Representative, and the Supplemental Declaration Of Eric J. Miller On Behalf Of A.B. Data, Ltd. Regarding Implementation Of The Notice Plan filed contemporaneously herewith.

For the reasons discussed above, Plaintiff and the Class respectfully request that the Court grant their motion.

Dated: April 29, 2024                Respectfully submitted,

                                               s/*Marvin A. Miller*

Marvin A. Miller
Matthew E. Van Tine
Kathleen Boychuck
Andrew Szot
Lori A. Fanning
MILLER LAW LLC
53 W. Jackson Blvd.
Suite 1320
Chicago, IL 60604
312.332.3400